### 17780. YASSEN v. THE STATE.

LUKE, J. The question raised in this case is controlled by the decision in *Lee* v. *State*, 35 *Ga. App.* 235 (133 S. E. 281). The *Lee* case upon its facts does not conflict with *Mitchell* v. *State*, 34 *Ga. App.* 505 (130 S. E. 355). The court did not err in overruling the defendant's motion to set aside the judgment based upon the verdict which had convicted him of receiving stolen goods.

*Judgment affirmed. Broyles, C. J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED JANUARY 11, 1927.

Receiving stolen goods; from Fulton superior court—Judge Howard. October 23, 1926.

On the trial of Yassen on an indictment charging him with receiving stolen goods the verdict was: "We, the jury, find the defendant guilty, and recommend it be treated as a misdemeanor;" and the court entered a judgment thereon that he pay a fine of $900 and labor on the public works for twelve months. The defendant made a motion to set aside the judgment, on the ground that it was illegal and void, because it did not conform to the re-

quirement of law that the jury in their verdict in all cases of felony not punishable by life imprisonment shall prescribe a minimum and maximum term, which shall be within the minimum and maximum prescribed by law for that crime. The motion was overruled.

*Branch & Howard,* for plaintiff in error.

*John A. Boykin, solicitor-general, J. W. LeCraw,* contra.